**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**April Jessica CADEZ, Defendant—
Appellant.**

No. 03–50382.

D.C. No. CR–03–00041–GLT.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

April Jessica Cadez, Santa Barbara, CA,
pro se.

Before FERNANDEZ, GRABER, and
GOULD, Circuit Judges.

MEMORANDUM **

April Jessica Cadez appeals from her guilty-plea conviction and 37–month sentence for possessing counterfeit currency of the United States with intent to defraud, in violation of 18 U.S.C. § 472.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Cadez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Cadez has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. In light of the brevity of the sentence, we vacate the sentence and remand for resentencing in light of *United States v. Booker,* — U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005) and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is AFFIRMED, and the sentence is VACATED and REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.